# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 29, 2010

Marilyn Kelly,
Chief Justice

140039

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

BANK OF AMERICA N.A. f/k/a
AMERICA'S WHOLESALE LENDER,
   Plaintiff-Appellant,

v

WEST COAST REALTY, INC., BRIAN
SILVERNAIL, and MICHELE SILVERNAIL,
   Defendants-Appellees.

SC: 140039
COA: 292026
Kent CC: 08-000106-NZ

_____/

   On order of the Court, the application for leave to appeal the October 8, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 29, 2010

*Corbin R. Davis*

s0125

Clerk